# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| AHMAD ALZAIDI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-CV-2293 CM/DJW |
| | ) | |
| U-HAUL CO. OF KANSAS, INC., | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | |
| and ALTON BIRCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SANCTIONS

Pursuant to the Court's inherent power and 28 U.S.C. § 1927, Defendants U-Haul Co. of Kansas, Inc. ("UHK"), U-Haul International, Inc. ("UHI"), and Alton Birchell (collectively "Defendants") hereby move the Court to sanction Plaintiff for his perjury on material issues in this lawsuit by dismissing Plaintiff's Complaint with prejudice or, in the alternative, striking Plaintiff's Motion for Summary Judgment Granting Plaintiff Jury Trial on Substantive Issues and Denying Arbitration and Memorandum in Opposition to Defendants' Motion to Compel. Defendants further request as an additional sanction that the Court assess against Plaintiff and his attorneys all of Defendants' costs and expenses related to compelling Plaintiff to arbitrate his claims, including attorneys' fees.

As the grounds for this motion, and as more fully set forth in the memorandum accompanying this motion, Defendants state that Plaintiff has perjured and misrepresented himself repeatedly to the Court to avoid his obligation to arbitrate his claims against Defendants pursuant to his Agreement to Arbitrate ("arbitration agreement"). Plaintiff and his counsel have, in bad faith, knowingly and vexatiously multiplied these proceedings, wasting the Court's time

1

and resources and forcing Defendants to incur significant costs and fees to compel Plaintiff to honor the parties' arbitration agreement.

WHEREFORE, Defendants request that the Court issue an Order dismissing Plaintiff's lawsuit or, in the alternative, striking Plaintiff's pleadings since the Court's September 22, 2009 Order, and requiring Plaintiff and/or his counsel to pay all of Defendants' costs and fees, including attorneys' fees, relating to their efforts to compel Plaintiff to arbitrate his claims.

Respectfully submitted this 4th day of May, 2010.

*/s/ Michael L. Blumenthal*
Michael L. Blumenthal, KS #18582
Courtney A. Hasselberg, KS #19144
Julie W. O'Dell, KS #20192
SEYFERTH BLUMENTHAL & HARRIS LLC
300 Wyandotte, Suite 430
Kansas City, MO  64105
Phone: (816) 756-0700
Fax:    (816) 756-3700
Mike@sbhlaw.com
Courtney@sbhlaw.com

ATTORNEYS FOR DEFENDANTS
U-HAUL CO. OF KANSAS, INC. AND
U-HAUL INTERNATIONAL, INC.

*/s/ Mark J. Galus*
Mark J. Galus, KS # 21470
GALUS LEGAL LLC
P.O. Box 140203
Kansas City, Missouri 64114
Phone:  (816)729-5725
Email:  galus@galuslegal.com

ATTORNEY FOR DEFENDANT ALTON
BIRCHELL

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document was filed, on this 4th day of May, 2010, via the court's CM/ECF filing system, which electronically served notice on the following:

Scott J. Sullivan, Esq.
Kuhlman, Reddoch & Sullivan, PC
1201 W. College, Ste. 200
Liberty, MO  64068

James F. Ralls, Jr.
1201 W. College, Suite 200
Liberty, MO 64068

John B. Reddoch, III
1201 W. College, Suite 200
Liberty, MO 64068

*Attorneys for Plaintiff*

/s/ Michael L. Blumenthal
ATTORNEY FOR DEFENDANTS
U-HAUL CO. OF KANSAS, INC. AND
U-HAUL INTERNATIONAL, INC.